Louis Abotte and Another, Respondents, v. American Central Fire Insurance Company of St. Louis, Missouri, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Louis Abotte and Another, Respondents, v. London and Scottish Assurance Corporation, Ltd., of London, England, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of James O. Sebring for a Writ of Certiorari to Review an Assessment of Certain Real Estate in the City of Corning, N. Y., for the Year 1928.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Probate of the Last Will and Testament of Alexander K. Hone, Deceased.— Order entered September 20, 1928, reversed, without costs and without prejudice to a motion for a similar order after examination before trial has been had. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Probate of the Last Will and Testament of Alexander K. Hone, Deceased.— Order entered November 22, 1928, affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Cotswold Comfortable Company, Respondent, v. Emil L. Mayer, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Jay Bee Apparel Stores, Incorporated, Respondent, v. 563–565 Main Street Realty Corporation and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [130 Misc. 23.]

Phoebe M. Davis, Respondent, v. Mary A. Bickle, as Administratrix, etc., of Mary A. Northum, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

William Rice, Respondent, v. Henry Andrews, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Francis D. Coates, Respondent, v. Rochester Casket Company, Incorporated, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

The Queen City Foundry Company, Incorporated, and Others, Appellants, v. The City of Buffalo and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

The People of the State of New York, Appellant, v. Samuel Baglio, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, upon the ground that the evidence presented a